UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 96-7493

KENNY WILLIAMS,

Plaintiff - Appellant,

versus

RON ANGELONE; L. M. SAUNDERS; F. S. TAY-
LOR, III; J. LEE; D. SWISHER; SERGEANT DAWSON;
MS. WEST; C/O W. SCOTT; C/O MINTER, a/k/a
C/O Fix; C/O L. M. KIER,

Defendants - Appellees.

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke.  James C. Turk, District Judge.
(CA-95-401-R)

Submitted:  August 19, 1997      Decided:  February 24, 1998

Before WILKINS, WILLIAMS, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kenny Williams, Appellant Pro Se.  Jill Theresa Bowers, OFFICE
OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kenny Williams appeals the order of the district court dismissing his 42 U.S.C. § 1983 (1994) complaint. Having carefully considered Appellant's arguments, we find that this appeal is without merit and affirm the judgment of the district court. We deny Appellant's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED